# Exhibit A

DOCS_DE:234334.1 89006/001

*Bankruptcy Case: 19-11842-LSS Avenue Stores., et al.*
*Transfer Date Range: 05-18-2019 through 08-15-2019*

**TRANSFEROR DEBTOR-AVENUE STORES, LLC**
*Vendor:*
SUN & SEA TRADING COMPANY
1001 AVE OF THE AMERICAS 1
2TH FLOOR  NEW YORK NY 10018

| Payment # | Payment Date | Clear Date | Payment Amount | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| 685646 | 06/12/2019 | 06/25/2019 | $ 39,808.23 | 00021406-2019 | 04/10/2019 | $ 14,707.15 |
| 685646 | 06/12/2019 | 06/25/2019 | 39,808.23 | 00021407-2019 | 04/10/2019 | 2,260.05 |
| 685646 | 06/12/2019 | 06/25/2019 | 39,808.23 | 00021408-2019 | 04/10/2019 | 708.37 |
| 685646 | 06/12/2019 | 06/25/2019 | 39,808.23 | 00021409-2019 | 04/10/2019 | 9,600.50 |
| 685646 | 06/12/2019 | 06/25/2019 | 39,808.23 | 00021410-2019 | 04/10/2019 | 2,279.02 |
| 685646 | 06/12/2019 | 06/25/2019 | 39,808.23 | 00021411-2019 | 04/10/2019 | 297.27 |
| 685646 | 06/12/2019 | 06/25/2019 | 39,808.23 | 00021412-2019 | 04/10/2019 | 5,717.58 |
| 685646 | 06/12/2019 | 06/25/2019 | 39,808.23 | 00021413-2019 | 04/10/2019 | 1,686.60 |
| 685646 | 06/12/2019 | 06/25/2019 | 39,808.23 | 00021414-2019 | 04/10/2019 | 2,774.45 |
| 685646 | 06/12/2019 | 06/25/2019 | 39,808.23 | 00021415-2019 | 04/10/2019 | 737.66 |
| 685646 | 06/12/2019 | 06/25/2019 | 39,808.23 | 034894-2019 | 04/29/2019 | - 380.52 |
| 685646 | 06/12/2019 | 06/25/2019 | 39,808.23 | 034947-2019 | 05/06/2019 | - 268.52 |
| 685646 | 06/12/2019 | 06/25/2019 | 39,808.23 | 12476-2019 | 04/19/2019 | - 189.50 |
| 685646 | 06/12/2019 | 06/25/2019 | 39,808.23 | 12499-2019 | 04/25/2019 | - 115.25 |
| 685646 | 06/12/2019 | 06/25/2019 | 39,808.23 | PT0023410-2019 | 05/30/2019 | - 6.63 |
| 686019 | 06/19/2019 | 07/10/2019 | 23,120.47 | 00021429-2019 | 04/15/2019 | 9,557.40 |
| 686019 | 06/19/2019 | 07/10/2019 | 23,120.47 | 00021430-2019 | 04/15/2019 | 1,452.35 |
| 686019 | 06/19/2019 | 07/10/2019 | 23,120.47 | 00021431-2019 | 04/15/2019 | 1,311.80 |
| 686019 | 06/19/2019 | 07/10/2019 | 23,120.47 | 00021432-2019 | 04/15/2019 | 8,105.05 |
| 686019 | 06/19/2019 | 07/10/2019 | 23,120.47 | 00021433-2019 | 04/15/2019 | 2,693.87 |
| TOTAL | | | $ 62,928.70 | 15 | | |